# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Mark Swift, et al.

                        Plaintiff,

v.                                                      Case No.: 1:07−cv−03700
                                                      Honorable James B. Zagel

Jamie Martin, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 28, 2007:

      MINUTE entry before Judge James B. Zagel :Status hearing held on 9/28/2007 Motion to dismiss [28] is stricken. Answer to the complaint and/or motion to dismiss due 10/9/2007. Answer brief to any new motion to dismiss due 10/30/2007. Reply due 11/13/2007. Status hearing reset for 12/6/2007 at 10:00 AM from 12/5/2007.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.