IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD R. PETERSON, not individually, but solely as Trustee of the Chapter 7 Bankruptcy Estate of MARK A. SWIFT, and ANN C. SICKON and, JEFFERY S. REINICHE, both individually and derivatively on behalf of HEALTH ALLIANCE HOLDINGS, INC., | ) ) ) ) ) ) ) | Hon. James B. Zagel |
| Plaintiffs, | ) ) | Magistrate Judge Cole |
| v. | ) ) | Case No. 07 C 3700 |
| JAMIE MARTIN, E.B. MARTIN, JR., HEALTH ALLIANCE HOLDINGS, INC., HA HOLDINGS, HA ACQUISITION, LLC, EBM VENTURES, LLC, C.I.B. MARINE BANCSHARES, INC., C.I,B. MARINE, CAPITAL, LLC, and ALLEN PALLES, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT ALLEN PALLES**

Plaintiffs, Ronald R. Peterson, Anne C. Sickon and Jeffery S. Reiniche, by and through their attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby files this notice of voluntary dismissal without prejudice of the above captioned action only against defendant Allen Palles.

Dated: April 30, 2008

James A. McGurk
Law Offices of James A. McGurk, P.C.
140 South Dearborn Street, Suite 404
Chicago, Illinois 60603
Tel: (312) 236-8900

Brian C. Witter, Esq.
Brian C. Witter, P.C.
111 West Jackson Boulevard
Suite 1100
Chicago, IL 60604
Tel: (312) 961-4942

Respectfully submitted,
Ronald R. Peterson
Anne C. Sickon and
Jeffery S. Reiniche,

s/*James A. McGurk*
By: One of Plaintiffs Attorneys

**Certificate of Service**

I, James A. McGurk, an attorney, certify that on Wednesday, April 30, 2008, I caused a copy of the foregoing to be served upon the following individuals electronically and:

**Via Fax (312) 630-8516**
**and First Class Mail**

Steven J. Roeder, Esq.
Andrew B. Armstrong, Esq.
Williams Montgomery & John
20 North Wacker Drive
Suite 2100
Chicago, IL 60606

**Via Fax (312) 443-9541**
**and First Class Mail**

Fred R. Harbecke, Esq.
Law Office of Fred R. Harbecke
29 South LaSalle Street
Suite 945
Chicago, IL 60603

**Via Fax: (312) 896-5883**
**and First Class Mail**

Daniel F. Lynch, Esq.
Lynch & Stern
150 South Wacker Drive
Suite 2600
Chicago, IL 60606

COS.admg

   s/ *James A. McGurk* (filed electronically)