# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Mark Swift, et al.

                              Plaintiff,

v.                                                  Case No.: 1:07−cv−03700
                                                         Honorable James B. Zagel

Jamie Martin, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable James B. Zagel:Status hearing held on 7/10/2008. Motion to dismiss [63] is denied as moot. Motion to dismiss [66] is denied as moot. Case is dismissed without prejudice and without costs with leave to reinstate by 8/21/2008. Case shall be deemed dismissed with prejudice and without costs on and after 8/22/2008. Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.